1
2
3                    UNITED STATES DISTRICT COURT
4                         DISTRICT OF NEVADA
5   RAYMOND PAUL ROSAS,                    Case No. 3:24-cv-00164-ART-CLB
6                            Plaintiff,    ORDER GRANTING MOTION TO
                                           EXTEND DEADLINE
7        v.
    CARDELLA, et al.,
8                                          (ECF No. 10)
                             Defendants.
9

10       Plaintiff Raymond Rosas moves to extend the February 17, 2025, deadline

11   for him to file a second amended complaint by 30 days, arguing that he needs

12   more time to properly "rework" and "format" his complaint to comply with the

13   Court's screening order. (ECF No. 10).

14       Good cause appearing, it is hereby ordered that Rosas's motion for an

15   extension of time (ECF No. 10) is granted, and the deadline for him to file a second

16   amended complaint is extended to March 17, 2025.

17

18       DATED THIS 4th day of February, 2025.

19
20
21   _____
22   ANNE R. TRAUM
     UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

1