UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND PAUL ROSAS,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>CARDELLA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:24-cv-00164-ART-CLB<br><br>ORDER GRANTING SECOND MOTION TO EXTEND DEADLINE<br><br>(ECF No. 13) |

　　　　Plaintiff Raymond Rosas moves to extend the March 17, 2025, deadline for him to file an amended complaint by 30 days, arguing that he recently retained counsel and his attorneys require additional time to assess his claims and determine how to best proceed.

　　　　Good cause appearing, it is hereby ordered that Rosas's second motion for an extension of time (ECF No. 13) is granted, and the deadline for him to file an amended complaint is extended to April 18, 2025.

　　　　DATED THIS 17th day of March, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE